# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br>　　　　　Defendant. | Court File No. _____<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on April 2, 2010, the following documents:

- Defendant's Notice of Removal (with Exhibit A);
- Civil Cover Sheet; and
- Defendant's Rule 7.1 Corporate Disclosure Statement

were served via ECF and first class mail, postage prepaid, to Plaintiff's counsel:

　　　Eric D. Satre
　　　Jones, Satre & Weimer, PLLC
　　　820 Wells Fargo Tower
　　　7900 Xerxes Avenue South
　　　Bloomington, MN 55431
　　　esatre@jonessatre.com


　　　　　　　　　　　　　　　　　　　　　　s/Kelly A. Moffitt
　　　　　　　　　　　　　　　　　　　　　　Kelly A. Moffitt