# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendant. | Court File No. _____<br><br>**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Airport Terminal Services, Inc. provides the following as its Corporate Disclosure Statement:

Airport Terminal Services, Inc. has no parent corporation. There are no publicly-held corporations that own 10% or more of the stock of Airport Terminal Services, Inc.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Date: April 2, 2010

s/Kelly A. Moffitt
Cynthia A. Bremer, #273119
Kelly A. Moffitt, #341009
Wells Fargo Center
90 South Seventh Street, Suite 3800
Minneapolis, MN 55402
Tel:   (612) 339-1818
Fax:   (612) 339-0061

- *and* -

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Gregg M. Lemley (*pro hac vice* forthcoming)
Heidi Kuns Durr (*pro hac vice* forthcoming)

1

Erin E. Williams (*pro hac vice* forthcoming)
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Tel:   (314) 802-3935
Fax:   (314) 802-3936

***Attorneys for Defendant***