# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>          Plaintiff,<br><br>     v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>          Defendant. | Court File No. 10-cv-01078 (PJS-FLN)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 6, 2010, the following documents:

- Motion for Admission Pro Hac Vice of Gregg M. Lemley;
- Motion for Admission Pro Hac Vice of Heidi K. Durr; and
- Motion for Admission Pro Hac Vice of Erin E. Williams.

were served via ECF to Plaintiff's counsel:

   Eric D. Satre
   esatre@jonessatre.com

                                        s/Kelly A. Moffitt
                                        Kelly A. Moffitt

8454462.1 (OGLETREE)