# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>　　　　　Defendant. | Court File No. 0:10-cv-01078-PJS-FLN<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on April 9, 2010, the following document:

- Defendant's Answer and Affirmative and Other Defenses

was served via ECF to Plaintiff's counsel:

　　Eric D. Satre
　　esatre@jonessatre.com

　　　　　　　　　　　　　　　　　　　　　s/Kelly A. Moffitt
　　　　　　　　　　　　　　　　　　　　　Kelly A. Moffitt

8472562.1 (OGLETREE)