UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>       Plaintiff,<br><br> v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>       Defendant. | Case No. 0:10-cv-01078-PJS-FLN<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON COUNT I OF PLAINTIFF'S COMPLAINT** |

Defendant Airport Terminal Services, Inc. ("ATS" or "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, Local Rule 7.1(b), and other applicable law, moves the Court to enter an Order granting summary judgment on Count I of Plaintiff David Harrison's ("Plaintiff") Complaint, alleging violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA").  Defendant also moves the Court for such other relief for Defendant as the Court deems just and equitable.

The grounds in support of this Motion will be more fully set forth in the Memorandum of Law in Support of Defendant's Motion for Summary Judgment and the documents filed therewith, which will be filed in accordance with Local Rule 7.1(b), as well as the Court's full record in this case.

Dated May 14, 2010

Respectfully submitted,

OGLTREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

s/Cynthia A. Bremer
Cynthia A. Bremer, #273119
Kelly A. Moffitt, #341009
Wells Fargo Center
90 South Seventh Street, Suite 3800
Minneapolis, MN 55402
Tel:   (612) 339-1818
Fax:   (612) 339-0061

~ *and* ~

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Gregg M. Lemley, admitted *pro hac vice*
Heidi Kuns Durr, admitted *pro hac vice*
Erin E. Williams, admitted *pro hac vice*
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Tel:   (314) 802-3935
Fax:   (314) 802-3936

**Attorneys for Defendant**

8594979.1 (OGLETREE)