## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 0:10-cv-01078-PJS-FLN<br><br>**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON COUNT I OF PLAINTIFF'S COMPLAINT** |

To:　　Plaintiff, above named, and his attorney, Eric Satre, 820 Wells Fargo Tower, 7900 Xerxes Avenue South, Bloomington, MN 55431

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 56 and Local Rule 7.1(b), on August 25, 2010, at 8:30 a.m., before the Honorable Patrick J. Schiltz, United States District Court Judge, in Courtroom 7B, United States District Courthouse, 316 N. Robert Street, 100 Federal Building, St. Paul, Minnesota 55101, Defendant Airport Terminal Services, Inc. ("Defendant") will move this Court for summary judgment. The motion will be based upon all of the files, records, pleadings, affidavits, exhibits, arguments of counsel, and documents on file with the Court and that will be filed by Defendant in support of this motion in accordance with Local Rule 7.1(b). Defendant will also move the Court for such other relief as the Court deems just and equitable.

| | |
|---|---|
| Dated May 14, 2010 | Respectfully submitted, |
| | OGLTREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

s/Cynthia A. Bremer
Cynthia A. Bremer, #273119
Kelly A. Moffitt, #341009
Wells Fargo Center
90 South Seventh Street, Suite 3800
Minneapolis, MN 55402
Tel:   (612) 339-1818
Fax:   (612) 339-0061

*~ and ~*

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Gregg M. Lemley, admitted *pro hac vice*
Heidi Kuns Durr, admitted *pro hac vice*
Erin E. Williams, admitted *pro hac vice*
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Tel:   (314) 802-3935
Fax:   (314) 802-3936

***Attorneys for Defendant***

8624188.1 (OGLETREE)