# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendant. | Case No. 0:10-cv-01078-PJS-FLN<br><br>**DECLARATION OF PEGGY HOHL** |

I, Peggy Hohl, hereby state and affirm as follows:

1. I am over 21 years of age, have personal knowledge of the matters described in this declaration, and am competent to testify to the matters herein.

2. I am the Vice President of Employee Services for Airport Terminal Services, Inc., and have held this position since August 16, 2007. I have been employed with Airport Terminal Services, Inc. since August 16, 2007.

3. I am familiar with the lawsuit filed by Plaintiff David Harrison against Airport Terminal Services, Inc. and the allegations therein.

4. Harrison was hired by Airport Terminal Services, Inc. on November 22, 2006.

5. Harrison's employment with Airport Terminal Services, Inc. was terminated on August 22, 2009.


EXHIBIT C

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this __3RD__ day of __May__, 2010.

_____
Peggy Hohl