UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 0:10-cv-01078-PJS-FLN<br><br>**CERTIFICATE OF WORD COUNT COMPLIANCE** |

　　　　I hereby certify that Defendant's Memorandum in Support of its Motion for Summary Judgment on Count I of Plaintiff's Complaint complies with Local Rule 7.1(c).

　　　　I further certify that, in preparation of the memorandum, I used Microsoft Word, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

　　　　I further certify that the above-referenced memorandum contains 4,734 words.

Dated May 14, 2010　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　OGLTREE, DEAKINS, NASH,
　　　　　　　　　　　　　　　　　　　　SMOAK & STEWART, P.C.


　　　　　　　　　　　　　　　　　　　　s/Cynthia A. Bremer
　　　　　　　　　　　　　　　　　　　　Cynthia A. Bremer, #273119
　　　　　　　　　　　　　　　　　　　　Kelly A. Moffitt, #341009
　　　　　　　　　　　　　　　　　　　　Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　90 South Seventh Street, Suite 3800
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　Tel:　(612) 339-1818
　　　　　　　　　　　　　　　　　　　　Fax:　(612) 339-0061

2

*~ and ~*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Gregg M. Lemley, admitted *pro hac vice*
Heidi Kuns Durr, admitted *pro hac vice*
Erin E. Williams, admitted *pro hac vice*
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Tel:   (314) 802-3935
Fax:   (314) 802-3936

***Attorneys for Defendant***

8595129.1 (OGLETREE)

8595129.1 (OGLETREE)