UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendant. | Court File No. 0:10-cv-01078-PJS-FLN<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 14, 2010, the following documents:

- Defendant's Notice of Motion;
- Defendant's Motion for Summary Judgment on Count I of Plaintiff's Complaint;
- Defendant's Memorandum in Support of its Motion for Summary Judgment on Count I of Plaintiff's Complaint (with Exhibits A-C); and
- Defendant's Certificate of Compliance with Local Rule 7.1(c)

were served via ECF to Plaintiff's counsel:

Eric D. Satre
esatre@jonessatre.com

s/Cynthia A. Bremer
Cynthia A. Bremer

8595137.1 (OGLETREE)