**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| DAVID HARRISON,<br><br>        Plaintiff,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>        Defendant. | Case No. 0:10-cv-01078-PJS-FLN<br><br>**AFFIDAVIT OF CYNTHIA A. BREMER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON COUNT I OF PLAINTIFF'S COMPLAINT** |

STATE OF MINNESOTA )
                                        ) ss.
COUNTY OF HENNEPIN        )

Cynthia A. Bremer, being duly sworn, deposes and states as follows:

1.   That your affiant is an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for defendant, and as such, has knowledge of the facts and circumstances of this case.

2.   That attached hereto as Exhibit A is a true and correct copy of the Declaration of James Murphy.

3.   That attached hereto as Exhibit B is a true and correct copy of Declaration of Colleen Shellum.

4.   That attached hereto as Exhibit C is a true and correct copy of Declaration of Peggy Hohl.

FURTHER YOUR AFFIANT SAYETH NOT.


Dated:  May 17, 2010          s/Cynthia A. Bremer
                              Cynthia A. Bremer

Subscribed and sworn to before me this
17th day of May, 2010.



Tammy T. Wittbecker
Notary Public

2