UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendant. | Case No. 0:10-cv-01078-PJS-FLN<br><br>**DECLARATION OF JAMES MURPHY** |

I, James Murphy, hereby state and affirm as follows:

1. I am over 21 years of age, have personal knowledge of the matters described in this declaration, and am competent to testify to the matters herein.

2. I am the Regional Vice President for Airport Terminal Services, Inc., and have held this position since November 1, 2007. I have been employed with Airport Terminal Services, Inc. since November 29, 1997.

3. I am familiar with the lawsuit filed by Plaintiff David Harrison against Airport Terminal Services, Inc. and the allegations therein.

4. Airport Terminal Services, Inc. ("ATS") is a member of the Aviance Alliance, which serves 35 airports in the United States and Canada, and has over 1,800 employees.

5. ATS's business is contracting with airlines to provide passenger service, ramp handling, aircraft cabin cleaning, cargo services, and aircraft fueling services.

6. At the Minneapolis-St. Paul International Airport ("MSP"), ATS provides ramp services for AirTran Airways ("AirTran").


EXHIBIT A

7.  At MSP, ATS employs 19 people: 13 as ramp agents, 1 as a ramp lead, 4 as ramp supervisors and 1 as a station manager.

8.  The essential job responsibilities of the ramp agent position are: marshalling inbound aircraft into the ramp area of the assigned gate; unloading baggage from aircraft bins; delivering bag carts to the bag room and unloading bag cars onto the conveyor belts for passenger pick-up; grooming overnight aircrafts, which includes cleaning lavatories, seat pockets, tray table, overheads, floors, galleys and trash; pushing outbound aircraft out of the gate area; performing foreign object damage walks in the ramp area between flights; ensuring necessary ground equipment is available in ramp area and bag room for upcoming flights; and performing administrative duties.

9.  The essential job responsibilities of the ramp lead position include all the same duties as the ramp agent position, as well as the following: assigning duties and tasks to ramp agents for each flight; performing pre- and post-flight briefings; interpreting rules and policies for subordinates; issuing commendations and safety citations as needed; ensuring compliance with safety policies and procedures; maintaining working relationships with customer(s); providing prompt responses to service requests and reporting load distribution for weight and balance.

10. The essential job responsibilities of the ramp supervisor position include all the same duties as the ramp agent position, as well as the following: knowing contract requirements and customer expectations; supervising the use of manpower and equipment to efficiently complete tasks as directed by the carrier (AirTran); ensuring employee compliance with policies and procedures; communicating with employees on questions regarding policies and procedures; monitoring and/or conducting required training of employees; ensuring all

AirTran-required training is completed successfully; employee counseling and discipline as necessary; ensuring security of company funds, supplies and equipment; maintaining working relationships with AirTran and providing prompt responses to service requests; and ensuring all maintenance procedures are done on each shift.

11. The essential job responsibilities of the station manager position are: understanding contract requirements and AirTran customer expectations; ensuring all AirTran contract requirements are met; knowing budgetary and financial responsibilities; determining and maintaining appropriate level of personnel and equipment to meet contract requirements; planning and organizing employee and equipment work schedules; monitoring and/or conducting required training of personnel; providing employee counseling and discipline as needed; ensuring compliance with safety policies and procedures; and maintaining working relationships with AirTran and providing prompt responses to service requests.

12. The job duties performed by ramp agents, ramp leads, ramp supervisors and station managers are typical duties performed by ramp service professionals.

13. ATS' ramp agent and ramp lead positions are jobs traditionally performed by employees of the airlines, or carriers, themselves.

14. AirTran contracts with ATS to perform these ramp services at MSP.

15. AirTran has substantial input at its discretion into the hiring of ATS employees in leadership roles and actually exercises that right, including most recently with respect to the hiring of the current station manager, the highest level position at MSP, and has the authority at its discretion to review and approve the qualifications of any ATS employee at MSP before final hiring decisions are made.

16. AirTran requires ATS employees to take annual training courses on AirTran's procedures and standards concerning towing in aircraft; loading, stowing and securing baggage loads in the aircraft; delivering inbound baggage; preparing bulk baggage (oversize luggage) for delivery onto flights; and operating heating and de-icing units.

17. To make sure ATS employees are properly trained, AirTran trains the ATS Safety and Training Officer, who then relays the appropriate training to the ATS employees at MSP.

18. Some of ATS's employees are trained directly by AirTran at MSP on the proper procedure to brake ride the aircraft.

19. AirTran requires ATS to maintain training records on all required training for all ATS employees at MSP.

20. AirTran may access training records of ATS employees at AirTran's discretion.

21. AirTran's station manager conducts regular audits of ATS training records.

22. AirTran requires ATS to create the following types of records: mishandling reports, accident reports, required training records, and records of ATS employees who are authorized to drive equipment on the ramps, and holds ATS accountable for on time performance.

23. AirTran sets performance standards and goals for ATS.

24. Specifically, AirTran sets performance standards and dictates the proper procedures on towing in aircraft; unloading baggage from aircraft; loading, stowing and securing baggage loads in the aircraft; delivering inbound baggage; preparing bulk baggage (oversize

luggage) for delivery onto flights; operating heating units and de-icing units; marshalling and parking aircraft; moving of aircraft; interior turn and overnight cleaning; and safety measures.

25. ATS employees' schedules at MSP are based *entirely* upon AirTran flight schedules.

26. AirTran has the right to require ATS employees to work overtime, which frequently occurs when necessitated by AirTran flight delays or diversions.

27. AirTran communicates directly with ramp supervisors and ramp leads. The supervisors and leads must always have their radios on in order to receive instructions and service requests from AirTran.

28. ATS investigates and disciplines its employees based on reports or requests from AirTran.

29. To cite an example, as a result of an AirTran audit on cleaning records, ATS recently suspended an employee who failed to meet AirTran's standards on cleaning and grooming an air conditioning unit.

30. ATS employees are also disciplined for violations of rules set by ATS, by AirTran and by the Federal Aviation Agency ("FAA").

31. AirTran has the right to request that ATS remove an employee from its account.

32. If a request by AirTran to remove an employee from its account is reasonable and non-discriminatory, ATS honors such requests 100% of the time.

33. Since AirTran is the only carrier with which ATS has a contract at MSP, a request to remove an employee from its account is effectively a request to discharge that employee.

5

34. During his employment with ATS, Harrison worked as a ramp agent and ramp lead for AirTran.

35. As a ramp agent, Harrison's basic job responsibilities were marshalling inbound aircraft into ramp area of assigned gate; unloading baggage from aircraft bins; delivering bag carts to bag room and unloading bag carts onto the conveyor belts for passenger pick-up; grooming overnight aircrafts; pushing outbound aircraft out of the gate area; performing foreign object damage walks in the ramp area between flights; ensuring necessary ground equipment was available in ramp area and bag room for upcoming flights; and performing administrative duties.

36. As a ramp lead, Harrison's basic job responsibilities were the same duties as the ramp agent position, as well as the following: assigning duties and tasks to ramp agents for each flight; performing pre- and post-flight briefings; interpreting rules and policies for subordinates; issuing commendations and safety citations as needed; ensuring compliance with safety policies and procedures; maintaining working relationships with AirTran and providing prompt responses to service requests.

37. In his jobs as a ramp agent and ramp lead, Harrison performed duties typical of ramp service professionals.

38. In his jobs as a ramp agent and ramp lead, Harrison performed duties traditionally performed by employees of the carriers themselves.

39. In his jobs as a ramp agent and ramp lead, AirTran had significant control over Harrison's work in each of the ways set forth above.

40. The control AirTran exercised over Harrison's work as a ramp agent and as a ramp lead included: dictating the types and frequency of training he received and regularly

auditing training records; setting performance standards for his jobs as ramp agent and ramp lead; requiring that his schedule be based upon AirTran's flight schedules; its daily needs determining the number of ATS employees working per shift and occasionally requiring Harrison to work overtime; determining Harrison's day-to-day duties through daily communication with the ATS station manager; communicating directly with Harrison via radio when he was working as a ramp lead; and requiring Harrison to follow AirTran standards and rules.

41. In general, ATS holds itself out to the public as offering its services to any airline or company that is interested in using its services.

42. The duties performed by Harrison are integral to the overall services provided by ATS.

43. The duties performed by employees similarly situated to Harrison are integral to the overall services provided by ATS.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this ___3___ day of ___MAY___, 2010.

_____
James Murphy