UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendant. | Case No. 0:10-cv-01078-PJS-FLN<br><br>**DECLARATION OF COLLEEN SHELLUM** |

I, Colleen Shellum, hereby state and affirm as follows:

1. I am over 21 years of age, have personal knowledge of the matters described in this declaration, and am competent to testify to the matters herein.

2. I am the Station Manager for Airport Terminal Services, Inc. at the Minneapolis-St. Paul International Airport, and have held this position since March 16, 2010. I have been employed with Airport Terminal Services, Inc. since October 13, 2009.

3. Prior to my employment with Airport Terminal Services, Inc., I was employed by AirTran from approximately May of 2003 until approximately June of 2009. I was employed as a Customer Service Agent from May 2003 through August 2005, then as a Customer Service Supervisor from approximately August 2005 through approximately June 2009. In each of these roles I was responsible for interfacing directly with Airport Terminal Services, Inc. regarding their ramp agents, ramp leads, ramp supervisors and station manager, as described below.

4. I am familiar with the lawsuit filed by Plaintiff David Harrison against Airport Terminal Services, Inc. and the allegations therein.



EXHIBIT B

5. At the Minneapolis-St. Paul International Airport ("MSP"), Airport Terminal Services, Inc. ("ATS") employs 19 people: 13 as ramp agents, 1 as a ramp lead, 4 as ramp supervisors and 1 as a station manager.

6. The essential job responsibilities of the ramp agent position are: marshalling inbound aircraft into the ramp area of the assigned gate; unloading baggage from aircraft bins; delivering bag carts to the bag room and unloading bag carts onto the conveyor belts for passenger pick-up; grooming overnight aircrafts, which includes cleaning lavatories, seat pockets, tray tables, overheads, floors, galleys and trash; pushing outbound aircraft out of the gate area; performing foreign object damage walks in the ramp area between flights; ensuring necessary ground equipment is available in ramp area and bag room for upcoming flights; and performing administrative duties.

7. The essential job responsibilities of the ramp lead position include all the same duties as the ramp agent position, as well as the following: assigning duties and tasks to ramp agents for each flight; performing pre- and post-flight briefings; interpreting rules and policies for subordinates; issuing commendations and safety citations as needed; ensuring compliance with safety policies and procedures; maintaining working relationships with customer(s); providing prompt responses to service requests; and reporting load distribution for weight and balance.

8. The essential job responsibilities of the ramp supervisor position include all the same duties as the ramp agent position, as well as the following: knowing contract requirements and customer expectations; supervising the use of manpower and equipment to efficiently complete tasks as directed by the carrier (AirTran); ensuring employee compliance with policies and procedures; communicating with employees on questions regarding policies

and procedures; monitoring and/or conducting required training of employees; ensuring all AirTran-required training is completed successfully; employee counseling and discipline as necessary; ensuring security of company funds, supplies and equipment; maintaining working relationships with AirTran and providing prompt responses to service requests; and ensuring all maintenance procedures are done on each shift.

9. The essential job responsibilities of the station manager position are: understanding contract requirements and AirTran customer expectations; ensuring all AirTran contract requirements are met; knowing budgetary and financial responsibilities; determining and maintaining appropriate level of personnel and equipment to meet contract requirements; planning and organizing employee and equipment work schedules; monitoring and/or conducting required training of personnel; providing employee counseling and discipline as needed; ensuring compliance with safety policies and procedures; and maintaining working relationships with AirTran and providing prompt responses to service requests.

10. AirTran contracts with ATS to perform ramp agent and ramp lead positions at MSP, which are jobs traditionally performed by employees of the carriers.

11. To make sure ATS employees are properly trained, AirTran trains the ATS Safety and Training Officer, who then relays the appropriate training to the ATS employees at MSP.

12. Some of ATS's employees are trained directly by AirTran at MSP on the proper procedure to brake ride the aircraft.

13. AirTran requires ATS to maintain training records on all required training for all ATS employees at MSP.

14. AirTran may access training records of ATS employees at AirTran's discretion.

15. AirTran's station manager conducts regular audits of ATS training records.

16. ATS employees' schedules at MSP are based *entirely* upon AirTran flight schedules.

17. AirTran requires ATS to provide sufficient manpower to provide the services required during a given shift and the number of ATS employees working during each shift is therefore dependent upon AirTran's work requirement.

18. AirTran has the right to require ATS employees to work overtime, which frequently occurs when necessitated by AirTran flight delays or diversions.

19. Each day, I meet with AirTran management regarding flight schedules or special circumstances. (When I worked for AirTran, I met each day with ATS regarding flight schedules or special circumstances). The daily work performed by ATS employees is reviewed and plans for future work are determined at these meetings and are designed to meet AirTran's needs.

20. AirTran communicates directly with ramp supervisors and ramp leads. The supervisors and leads must always have their radios on in order to receive instructions and service requests from AirTran.

21. The equipment ATS purchases and uses at MSP is determined and controlled by ATS's contractual arrangements with AirTran and the types of planes they use.

22. ATS investigates and disciplines its employees based on reports or requests from AirTran.

4

23.  To cite an example, as a result of an AirTran audit on cleaning records, ATS recently suspended an employee who failed to meet AirTran's standards on cleaning and grooming an air conditioning unit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this  04  day of  May , 2010.

*Colleen Shellum*

Colleen Shellum