UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 0:10-cv-01078-PJS-FLN<br><br>**CERTIFICATE OF SERVICE** |

　　I hereby certify that on May 17, 2010, I caused the following document(s):

1.　Affidavit of Cynthia A. Bremer in Support of Defendant's Motion For Summary Judgment on Count I of Plaintiff's Complaint

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

1.　esatre@jonessatre.com

　　　　　　　　　　　　　　　　OGLTREE, DEAKINS, NASH,
　　　　　　　　　　　　　　　　SMOAK & STEWART, P.C.


　　　　　　　　　　　　　　　　s/Cynthia A. Bremer
　　　　　　　　　　　　　　　　Cynthia A. Bremer, #273119
　　　　　　　　　　　　　　　　Kelly A. Moffitt, #341009
　　　　　　　　　　　　　　　　Wells Fargo Center
　　　　　　　　　　　　　　　　90 South Seventh Street, Suite 3800
　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　Tel:　(612) 339-1818
　　　　　　　　　　　　　　　　Fax:　(612) 339-0061