# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>        Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>        Defendant. | Court File No. 0:10-cv-01078-PJS-FLN<br><br>**NOTICE OF APPEARANCE OF ASHLEY A. WENGER ON BEHALF OF DEFENDANT** |

TO:    Clerk of U.S. District Court, United States District Court, 708 Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, MN 55101 and Plaintiff and his attorney, Eric D. Satre, Jones, Satre & Weimer, PLLC, 820 Wells Fargo Tower, 7900 Xerxes Avenue South, Bloomington, MN 55431.

PLEASE TAKE NOTICE that Ashley A. Wenger hereby notifies the Court and counsel that she is admitted and authorized to practice in this Court and shall appear as an additional attorney of record for Defendant Airport Terminal Services, Inc. in this case.

                                          OGLETREE, DEAKINS, NASH,
                                          SMOAK & STEWART, P.C.

Date: May 25, 2010                    s/Cynthia A. Bremer
                                          Cynthia A. Bremer, #273119
                                          Kelly A. Moffitt, #341009
                                          Ashley A. Wenger, #0388340
                                          Wells Fargo Center
                                          90 South Seventh Street, Suite 3800
                                          Minneapolis, MN 55402
                                          Tel:   (612) 339-1818
                                          Fax:  (612) 339-0061

                                          *- and -*

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Gregg M. Lemley, admitted *pro hac vice*
Heidi Kuns Durr, admitted *pro hac vice*
Erin E. Williams, admitted *pro hac vice*
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Tel:   (314) 802-3935
Fax:   (314) 802-3936

***Attorneys for Defendant***

8676625.1 (OGLETREE)