UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>　　　　　Defendant. | Court File No. 0:10-cv-01078-PJS-FLN<br><br>**CERTIFICATE OF SERVICE FOR THE NOTICE OF APPEARANCE OF ASHLEY A. WENGER ON BEHALF OF DEFENDANT** |

 I hereby certify that on May 25, 2010, the Notice of Appearance of Ashley A. Wenger on Behalf of Defendant was served via ECF to Plaintiff's counsel:

　　Eric D. Satre
　　esatre@jonessatre.com


　　　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH,
　　　　　　　　　　　　　　　　　SMOAK & STEWART, P.C.


Date: May 25, 2010　　　　　　　　s/Cynthia A. Bremer
　　　　　　　　　　　　　　　　　Cynthia A. Bremer, #273119
　　　　　　　　　　　　　　　　　Kelly A. Moffitt, #341009
　　　　　　　　　　　　　　　　　Ashley A. Wenger, #0388340
　　　　　　　　　　　　　　　　　Wells Fargo Center
　　　　　　　　　　　　　　　　　90 South Seventh Street, Suite 3800
　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　Tel:　(612) 339-1818
　　　　　　　　　　　　　　　　　Fax:　(612) 339-0061

　　　　　　　　　　　　　　　　　　　　*- and -*

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Gregg M. Lemley, admitted *pro hac vice*
Heidi Kuns Durr, admitted *pro hac vice*
Erin E. Williams, admitted *pro hac vice*
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Tel:   (314) 802-3935
Fax:   (314) 802-3936

***Attorneys for Defendant***

8676627.1 (OGLETREE)