# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL PRETRIAL CONFERENCE - CHAMBERS 9W

| | |
|---|---|
| David Harrison | **COURT MINUTES** |
| Plaintiff, | Case Number: CV 10-1078 PJS/FLN |
| v. | |
| Airport Terminal Services, Inc. | Date: May 28, 2010 |
| | Court Reporter: n/a |
| | Time Commenced: 9:25 a.m. |
| Defendant. | Time Concluded: 9:35 a.m. |
| | Time in Court: 10 Minutes |

**Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.**

## APPEARANCES:

For Plaintiff:   Eric Satre

For Defendant:   Gregg Lemley; Ashley Wenger

A. DESCRIPTION OF THE CASE

1. Nature of the case:   FLSA claims

2. Legal and factual issues:

    a) Liability:

    b) Damages:

Case settled. Documents forthcoming. The parties will schedule approval hearing under FLSA, once the settlement terms have been reduced to writing.

*s/Franklin L. Noel*
U. S. Magistrate Judge