**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys at Law*
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314.802.3935
Facsimile: 314.802.3936
www.ogletreedeakins.com

Erin E. Williams
314.802.3935
erin.williams@ogletreedeakins.com

June 10, 2010

U.S. District Court for the District of Minnesota
774 Federal Building
316 N. Robert Street
St. Paul, MN 55101

RE:    Harrison v. Airport Terminal Services, Inc.
       Case No. 0:10-cv-01078-PJS-FLN

To the Clerk of Court:

Defendant Airport Terminal Services, Inc. hereby withdraws without prejudice its Motion for Summary Judgment on Count I of Plaintiff's Complaint, Docket No. 9, in the above-referenced matter.

Sincerely,

Erin E. Williams

EEW/

8694877.1 (OGLETREE)