# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>  Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>  Defendant. | Case No. 0:10-cv-01078-PJS-FLN<br><br>**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AND FOR LEAVE TO FILE SETTLEMENT DOCUMENTS UNDER SEAL** |

Plaintiff and Defendant respectfully request that the Court permit the parties leave to file their settlement documents under seal and to approve the parties' settlement agreement and release of claims. In support of this motion, the parties state:

1.  The parties are requesting that the Court approve the terms of the Settlement Agreement and Release of Claims as Plaintiff is releasing and waiving any and all claims against Defendant. These released or waived claims include any claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., the Family and Medical Leave Act, 29 U.S.C. § 2601 et seq., the Minnesota Fair Labor Standards Act, Minn. Stat. § 177 et seq., and the Minnesota Statutes Chapter § 363A, and a release or waiver of such claims may require Court approval.

2.  This litigation involves a bona fide dispute regarding whether Plaintiff was paid all wages due by Defendant. The parties have negotiated the settlement of the claims in good faith and the proposed settlement is fair and reasonable for all parties involved.

3. The terms of the settlement are fair and reasonable in relation to the strength and nature of the claims asserted and in light of the possible defenses.

4. Plaintiff, with the assistance of counsel, has knowingly and voluntarily agreed to the settlement and its terms.  In particular, Plaintiff is knowingly and voluntarily resolving his claims under the Fair Labor Standards Act, the Minnesota Fair Labor Standards Act, and the Minnesota Statutes Chapter § 363A.  Further, Plaintiff is knowingly and voluntarily waiving any and all claims under the Family and Medical Leave Act.

5. Settlement at this point will avoid increasing expenses and fees, and will allow Plaintiff to recover wages he alleged were unpaid without the need for further litigation.

6. In order to protect the confidentiality of the terms of the Agreement, the parties also request leave to file all settlement documents under seal.

7. Because the parties have agreed to keep the terms of the Agreement confidential, the parties also request that the Court enter an order permanently requiring that the settlement documents remain sealed.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant this motion in its entirety and grant the following relief:

A. enter an Order granting the parties leave to file their settlement documents under seal;

B. enter an Order permanently requiring that the parties' settlement documents remain sealed; and

C.    enter an Order approving the terms of the parties' settlement agreement.

Dated: June 21, 2010

| JONES, SATRE & WEIMER, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| *s/ Eric D. Satre (with consent)* | *s/ Heidi Kuns Durr* |
| Eric D. Satre, #183015 | Gregg M. Lemley, admitted *pro hac vice* |
| 820 Wells Fargo Tower | Heidi Kuns Durr, admitted *pro hac vice* |
| 7900 Xerxes Avenue South | Erin E. Williams, admitted *pro hac vice* |
| Bloomington, MN 55431 | 7700 Bonhomme Avenue, Suite 650 |
| Phone: (952) 820-8400 | St. Louis, MO 63105 |
| Facsimile: (952) 820-8410 | Phone: (314) 802-3935 |
| | Facsimile: (314) 802-3936 |
| **ATTORNEY FOR PLAINTIFF** | |
| | -and- |
| | Cynthia A. Bremer, #273119 |
| | Kelly A. Moffitt, #341009 |
| | Wells Fargo Center |
| | 90 South Seventh Street, Suite 3800 |
| | Minneapolis, MN 55402 |
| | Phone: (612) 339-1818 |
| | Facsimile: (612) 339-0061 |
| | **ATTORNEYS FOR DEFENDANT** |

8783567.1 (OGLETREE)