UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAVID HARRISON,

Plaintiff,

v.

AIRPORT TERMINAL SERVICES, INC.,

Defendant.

Case No. 10-CV-1078 (PJS/FLN)

ORDER

This matter is before the Court on the parties' Joint Motion for Court Approval of Settlement [Docket No. 16]. The parties are also seeking to file their Settlement Agreement and Release of Claims ("Agreement") under seal. The parties provided the Court with a copy of their Agreement for *in camera* inspection. The Court has now reviewed the Agreement.

Plaintiff David Harrison is a former employee of Defendant Airport Terminal Services, Inc. In his Complaint, Plaintiff sought to bring claims on behalf of himself and others similarly situated for alleged wage violations under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the Minnesota Fair Labor Standards Act, Minn. Stat. § 177 *et seq.* On June 21, 2010, the parties submitted for approval a settlement agreement and release of claims that includes an agreement to request and obtain Court approval of the terms of the agreement.

In reviewing the Agreement, the Court first notes that Plaintiff's claims in this action were not certified as a class action under Fed. R. Civ. P. 23 or as a collective

action under 29 U.S.C. § 216(b) and, therefore, the Court is not required to determine whether the settlement agreement is fair and reasonable to a class.

The Court notes, however, that the parties are requesting that the Court approve the terms of the Agreement as Plaintiff is releasing and waiving any and all claims against Defendant, including any and all claims under the Fair Labor Standards Act, the Minnesota Fair Labor Standards Act, and the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq*. The Court further notes that a release or waiver of such claims may require Court approval. 29 C.F.R. § 825.220(d); see Brooklyn Sav. Bank v. O'Neil, 324 U.S. 697 (1945).

In the present case, the Court finds there is a bona fide dispute regarding whether Plaintiff was paid all wages due by Defendant. The parties have negotiated the settlement of the claims in good faith and the proposed settlement is fair and reasonable for all parties involved. The terms of the settlement are fair and reasonable in relation to the strength and nature of the claims asserted and in light of the possible defenses. Further, Plaintiff has agreed to the settlement and its terms, and settlement at this point will avoid additional expenses and fees, and will allow Plaintiff to recover wages he alleged were unpaid without the need for further litigation.

The Court finds that Plaintiff is represented by counsel and, with his counsel's assistance, he is knowingly and voluntarily resolving his claims under the Fair Labor Standards Act and the Minnesota Fair Labor Standards Act. Further, Plaintiff is knowingly and voluntarily waiving any and all claims under the Family and Medical Leave Act. Accordingly, the Court finds that the terms of the Agreement are fair and

reasonable to all parties involved and that the release of all claims are done knowingly and voluntarily.

IT IS THEREFORE ORDERED THAT:

1. The parties' joint motion to file the Agreement under seal [Docket No. 16] is GRANTED.

2. The parties' joint motion for approval of the Agreement [Docket No. 16] is GRANTED.

3. The parties' Agreement will remain sealed permanently.

SO ORDERED this 24th day of  June , 2010.

                                        BY THE COURT:

                                        s/Patrick J. Schiltz
                                        Patrick J. Schiltz
                                        United States District Judge