## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendant. | Case No. 0:10-cv-01078-PJS-FLN<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal of this action with prejudice, each party to bear his or its own costs and attorney's fees, subject to the terms of the confidential settlement agreement approved in this case.

JONES, SATRE & WEIMER, PLLC

By: /s/ Eric D. Satre
    Eric D. Satre, #183015
    820 Wells Fargo Tower
    7900 Xerxes Avenue South
    Bloomington, MN 55431
    (952) 820-8400
    Fax: (962) 820-8410

Attorney for Plaintiff

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/ Gregg M. Lemley
    Gregg M. Lemley, *pro hac vice*
    Heidi Kuns Durr, *pro hac vice*
    Erin E. Williams, *pro hac vice*
    7700 Bonhomme Avenue, Suite 650
    St. Louis, MO 63105
    Telephone: (314) 802-3935
    Facsimile: (314) 802-3936
    ~ *and* ~
    Cynthia A. Bremer, #273119
    Kelly A. Moffitt, #341009
    90 South Seventh Street, Suite 3800
    Minneapolis, MN 55402
    Telephone: (612) 339-1818
    Facsimile: (612) 339-0061

Attorneys for Defendant