UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DAVID HARRISON,    Civil No. 10-CV-1078 (PJS/FLN)

    Plaintiff,

v.    ORDER OF DISMISSAL

AIRPORT TERMINAL SERVICES, INC.,

    Defendant.

---

Based upon the Stipulation of Dismissal filed by the parties on July 22, 2010 [Civil Docket No. 18],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: July 26, 2010    s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge